



# MEMORANDUM OPINION

No. 04-11-00408-CV

**IN THE INTEREST OF T.A.S. and B.M.S., Children**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 1998-CI-00574
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting: Phylis J. Speedlin, Justice
    Rebecca Simmons, Justice
    Steven C. Hilbig, Justice

Delivered and Filed: September 28, 2011

DISMISSED

The parties have filed an agreed motion to dismiss this appeal, stating they have settled the underlying lawsuit. Therefore, the motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 43.2(f); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM